# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:02CR21** |
| **Plaintiff,** | ) ) ) | |
| vs. | ) ) | **ORDER** |
| **DALE R. HERMAN,** | ) ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Plaintiff's unopposed motion to continue sentencing (Filing No. 294).

IT IS ORDERED that the Plaintiff's motion to continue sentencing (Filing No. 294) is denied.

DATED this 19th day of August, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge