IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  8:02CR21 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DALE R. HERMAN, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the unopposed Defendant's Motion to Extend the Self-Surrender Date (Filing No. 304).

IT IS ORDERED:

1. The Defendant's Motion to Extend the Self-Surrender Date (Filing No. 304) is granted;

2. The Defendant shall self-surrender to his designated institution no later than 2:00 p.m. on Friday, November 18, 2005; and

3. The Clerk shall immediately provide a copy of this Order to the U.S. Marshal's Office.

DATED this 19th day of October, 2005.

BY THE COURT:

S/ Laurie Smith Camp
United States District Judge